

COM.

v.

**ROBINSON, J.**

**1216 MDA 2016**

Superior Court of Pennsylvania.

Filed 03/13/2017

CP–06–CR–0002523–2013 (Berks)

Affirmed—Application to Withdraw as Counsel Granted

■

COM.

v.

**MILLER, B.**

**1250 MDA 2016**

Superior Court of Pennsylvania.

03/13/2017

CP–18–CR–0000191–2014, CP–18–CR–0000247–2016, CP–18–CR–0000417–2013 (Clinton)

Affirmed

■

IN the INT. OF: A.C.J.P.

**Appeal of: Q.P.**

**1475 MDA 2016**

Superior Court of Pennsylvania.

03/13/2017

104 AD 2015/CP-22-DP-314-2008 (Dauphin)

Affirmed

■

IN the INT. OF A.J.P.

**Appeal of: Q.P.**

**1476 MDA 2016**

Superior Court of Pennsylvania.

03/13/2017

105 AD 2015/CP–22–DP–67–2013 (Dauphin)

Affirmed

■

IN The INT. OF: A.M.P.

**Appeal of: Q.P.**

**1477 MDA 2016**

Superior Court of Pennsylvania.

03/13/2017

106 AD 2015 CP–22–DP–68–2013, (Dauphin)

Affirmed

